## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07CIV6840                          Purchased/Filed: July 30, 2007

STATE OF NEW YORK     UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT

---

*The New York City District Council of Carpenters Pension Fund, et al*     Plaintiff

against

*Cayuga Millwork, Inc.*     Defendant

---

STATE OF NEW YORK  
COUNTY OF ALBANY    SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___August 7, 2007___, at ___2:00 pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons, Complaint and Judges' Rules

on

_____Cayuga Millwork, Inc._____, the Defendant in this action, by delivering to and leaving with _____Tammy Alexander_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, ___2___ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service was made pursuant to Section ___306 Business Corporation Law___.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: ___42___ Approx. Wt: ___145___ Approx. Ht: ___5'8"___  
Color of skin: ___Black___ Hair color: ___Black___ Sex: ___F___ Other: _____

Sworn to before me on this

___9th___ day of ___August, 2007___

DONNA M. TIDINGS  
NOTARY PUBLIC, State of New York  
No. 01TI4898570, Qualified in Albany County  
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0706619

**SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179**