# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07CIV6840  
STATE OF NEW YORK  UNITED STATES DISTRICT COURT  

Purchased/Filed: July 30, 2007  
SOUTHERN DISTRICT

*The New York City District Council of Carpenters Pension Fund, et al*  Plaintiff

against

*Cayuga Millwork, Inc.*  Defendant

STATE OF NEW YORK  
COUNTY OF ALBANY   SS.:

Jessica Miller, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on August 7, 2007, at 2:00 pm, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons, Complaint and Judges' Rules on Cayuga Millwork, Inc., the Defendant in this action, by delivering to and leaving with Tammy Alexander, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 2 true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40 dollars; That said service was made pursuant to Section 306 Business Corporation Law.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: 42   Approx. Wt: 145   Approx. Ht: 5'8"  
Color of skin: Black   Hair color: Black   Sex: F   Other:

Sworn to before me on this 9th day of August, 2007

DONNA M. TIDINGS  
NOTARY PUBLIC, State of New York  
No. 01TI4898570, Qualified in Albany County  
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0706619

SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179