UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY         07 CV 6840 (DAB)
DISTRICT COUNCIL OF CARPENTERS ANNUITY          ECF CASE
FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS APPRENTICESHIP, JOURNEYMAN        **CLERKS**
RETRAINING, EDUCATIONAL AND INDUSTRY            **CERTIFICATE**
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS CHARITY FUND, and THE NEW YORK
CITY AND VICINITY CARPENTERS LABOR
MANAGEMENT COOPERATION FUND, by
MICHAEL J. FORDE, and PAUL O'BRIEN,
as TRUSTEES,

          Plaintiffs,

-against-

CAYUGA MILLWORK, INC,

          Defendant.
------------------------------------------------------------------------X

  I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on July 30, 2007 by filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, Cayuga Millwork, Inc on August 7, 2007, by delivering two (2) true copies thereof to Tammy Alexander, an authorized clerk in the Office of the Secretary of State of the State of New York, and proof of service being filed on August 14, 2007.

  I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to complaint herein. The default of the defendant is hereby noted.

Dated: _Sept 18, 2007_     **J. MICHAEL MCMAHON**
    New York, New York       Clerk of the Court

              By:_____
                Deputy Clerk