STATE OF NEW YORK      )
                       :SS.:
COUNTY OF NEW YORK     )

IAN K. HENDERSON, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside in Queens, New York. On the 18th day of September, 2007, I served plaintiffs' **NOTICE OF MOTION and SUPPORTING DOCUMENTATION** to the following party by depositing a true copy thereof in a post-paid wrapper, in an official depository, under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following person at the last known address set forth after the name below:

TO:   Cayuga Millwork, Inc.
      465 North Road Extension
      Freeville, NY 13068

                                                    _____
                                                    IAN K. HENDERSON

Sworn to before me this
18th day of September, 2007

_____
NOTARY PUBLIC

JASON FUIMAN
Notary Public, State of New York
No. 02FU6104740
Qualified in New York County
Commission Expires January 26, 20 08